FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2017

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re Estate of DELBERT WHEELER, | No.   1:17-CV-03129-SMJ |
| Decedent. | **ORDER DISMISSING CASE** |
| TRINA WHEELER and TERRYANNA WHEELER, | |
| Plaintiffs, | |
| v. | |
| YAKIMA COUNTY SUPERIOR COURT, IRWIN SCHWARTZ and TYLER FARMER, | |
| Defendants. | |

On October 13, 2017, Plaintiffs filed a notice of dismissal, ECF No. 13. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED:**

1.   All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

2.   All pending motions are **DENIED AS MOOT.**

3.   All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

1   **4.**  The Clerk's Office is directed to **CLOSE** this file.

2   **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order

3 and provide copies to all counsel.

4   **DATED** this 16th day of October 2017.

5        _____
        SALVADOR MENDOZA, JR.

6        United States District Judge